THOMAS v. INTERNATIONAL SILVER CO.

(Supreme Court, Appellate Term. November 6, 1903.)

1. APPEAL—TAXATION OF COSTS—OBJECTION.

On appeal from an order denying a motion for retaxation of costs, the record must show what items were objected to, and the grounds of objection.

Appeal from City Court of New York, Special Term.

Action by Clarence E. Thomas against the International Silver Company. From an order taxing costs, defendant appeals. Affirmed.

Argued before FREEDMAN, P. J., and BISCHOFF and BLANCHARD, JJ.

I. B. Stewart, for appellant.

R. A. Irving, for respondent.

BLANCHARD, J. There is nothing in the record on this appeal to show what particular items of the bill of costs the defendant objected to when the bill was before the clerk of the court for taxation. The affidavit of the defendant's attorney, made after the bill was taxed, indicates only that a general objection to the taxation of any

costs was interposed. There is no statement of the grounds of objection. The record should show what items in the bill were objected to, and the grounds thereof, in respect to each item objected to. Lotti v. Krakaner, 1 Civ. Proc. R. 312; Comly v. Mayor, 1 Civ. Proc. R. 306, 317; Matthews v. Matthews (Sup.) 1 N. Y. Supp. 222.

The order denying defendant's motion for retaxation of costs is affirmed, with costs and disbursements. All concur.